CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
for C'ville
OCT 3 0 2012

JULIA C. DUDLEY, CLERK
BY: /s/ A. Moody
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 3-12-cr-00020-001 |
| v. ) | ORDER |
| ) | |
| ROBERT NATHANIEL TINSLEY, ) | By: Hon. Glen E. Conrad |
| ) | Chief United States District Judge |
| Defendant. ) | |

It appearing that the magistrate judge has submitted a report and recommendation that the defendant's guilty plea be accepted; and it further appearing that no objections have been filed to said report and recommendation; and it appearing proper, it is **ORDERED** that said report and the findings and recommendation contained therein are hereby accepted in whole and the defendant will be adjudged guilty of each offense to which the defendant entered a guilty plea.

The Clerk is directed to send certified copies of this Order to all parties.

ENTER: October 30, 2012

/s/ Glen E. Conrad
Chief United States District Judge